IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:23-901 |
| | ) | 18 U.S.C. § 1343 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| v. | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| MICHAEL J. FRENCH | ) | INDICTMENT |

1. That beginning in or about March 2019, and continuing up and until the date of this indictment, in the District of South Carolina and elsewhere, the Defendant, MICHAEL J. FRENCH, did knowingly devise a scheme and artifice to defraud and to obtain monies by means of false and fraudulent pretenses, representations, and promises, and during such period, did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire communications, certain electronic signals, for the purpose of executing the scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1343.

## THE SCHEME AND ARTIFICE

2. It was a part of the scheme and artifice to defraud that MICHAEL J. FRENCH through MJF Holdings, LLC and MJF Capital, LLC, entities which he wholly owns and controls, offered promissory notes to investors that promised annual returns of 12 percent.

3. MICHAEL J. FRENCH represented to investors that their funds would be used to provide loans to small businesses.

4. MICHAEL J. FRENCH represented to investors that he had experience in the financial industry, including underwriting the loans in which the investor would be invested.

1

5. MICHAEL J. FRENCH represented to investors that he would not receive compensation unless the promissory notes earned in excess of the 12 percent guaranteed to investors.

6. During the course of the scheme and artifice, MICHAEL J. FRENCH was aware of and/or actively participated in misrepresentations or the concealment of material information from investors, including, but not limited to the following:

    a. no fees charged to the investors;

    b. the use of strict underwriting criteria;

    c. no compensation received unless the investor first earned 12 percent;

    d. experience in the financial industry; and

    e. operation of a Ponzi scheme.

7. During the course of the scheme and artifice, MICHAEL J. FRENCH stole approximately $13,223,453 from investors. French used investor money to live a luxurious lifestyle which included the purchase of multiple properties, classic automobiles, and gifts of money to models performing on TikTok.

## COUNTS 1-3

THE GRAND JURY CHARGES:

8. The allegations of paragraphs 1 through 7 of this indictment are alleged herein as setting forth a scheme and artifice to defraud.

9. On or about each of the dates reflected below, in the District of South Carolina and elsewhere, the Defendant, MICHAEL J. FRENCH, for the purpose of executing the scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, as described above, did transmit and cause to be

transmitted in interstate commerce by means of a wire communication, certain signals, writings, and sounds, as further set forth below:

| Count | Date | Description |
|---|---|---|
| 1 | 6/17/2020 | $14,000 wired from an investor to MJF Holdings, LLC |
| 2 | 6/18/2020 | $11,000 wired from an investor to MJF Holdings, LLC |
| 3 | 6/19/2020 | $10,000 wired from an investor to MJF Holdings, LLC |

All in violation of Title 18, United States Code, Section 1343.

# FORFEITURE

WIRE FRAUD:

Upon conviction of violations of Title 18, United States Code, Section 1343, as charged in the Indictment, the Defendant, MICHAEL J. FRENCH, shall forfeit to the United States any property, real or personal, constituting, derived from, or traceable to proceeds the Defendant obtained, directly or indirectly, as a result of such offenses.

PROPERTY:

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the property subject to forfeiture includes, but is not limited to, the following:

A.  Proceeds/Forfeiture Judgment:

   A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offenses charged in the Indictment, that is, a minimum of $13,223,453 in United States currency, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to his violations of 18 U.S.C. § 1343.

B.  Cash/U.S. Currency:

   $56,752.00 in United States currency
   Asset ID: 24-FBI-000372

C.  Vehicle:

   2023 Toyota 4Runner
   VIN: JTESU5JR5P6103795
   Asset ID: 24-FBI-000276

D.  Trailer:

   7 x 16' Black Enclosed Rock Solid Cargo Trailer
   Serial Number: 7H2BE1627ND037799
   Asset ID: 24-FBI-000277

E. <u>Treadmill</u>:

   Free Motion Treadmill
   Model Number: FMTL70718.8
   Serial Number: RR41029800079
   Asset ID: 24-FBI-000278

F. <u>Firearms</u>:

   1. Palmetto State Armory AR15, model PA-15 multi-caliber
      Serial Number: SCD058286
      Asset ID: 24-FBI-000373

   2. Ballistic Advantage, LLC AR15, model DCP3 multi-caliber
      Serial Number: BA07787
      Asset ID: 24-FBI-000373

   3. Glock pistol, model 41 Gen 4, .45 caliber
      Serial Number: BTSZ937
      Asset ID: 24-FBI-000373

   4. Glock pistol, model 19 Gen 5, 9mm
      Serial Number: BZBY289
      Asset ID: 24-FBI-000373

   5. Glock pistol, model 35 Gen 4, .40 caliber
      Serial Number: UGG134
      Asset ID: 24-FBI-000373

G. <u>Ammunition/Magazines</u>:

   1. 49 magazines
      Asset ID: 24-FBI-000373

   2. 1,299 rounds of .556 ammunition
      Asset ID: 24-FBI-000373

   3. 260 rounds of 300 blackout ammunition
      Asset ID: 24-FBI-000373

   4. 430 rounds of 9mm ammunition
      Asset ID: 24-FBI-000373

   5. 341 rounds of .40 caliber ammunition
      Asset ID: 24-FBI-000373

      6.      365 rounds of .45 caliber ammunition
Asset ID: 24-FBI-000373

H.    Electronic Equipment:

    1.    Apple MacBook Pro, Model A2141
Serial Number: C02G216MM
Asset ID: 24-FBI-000374

    2.    Apple Laptop
Serial Number: V5J773F6RR
Asset ID: 24-FBI-000374

    3.    Apple IPhone X
Serial Number: GHLFW0F7JCLG
Asset ID: 24-FBI-000374

    4.    Apple iPhone XSM, 64GB
Serial Number: FFWX9FFXKPHD
Asset ID: 24-FBI-000374

    5.    Apple iPhone 13
Serial Number: C4YGGNW6LV
Asset ID: 24-FBI-000374

    6.    Apple iPhone, 64GB
IMEI: 35019704140223
Serial Number: 35019704140223
Asset ID: 24-FBI-000374

    7.    Apple iPhone
Serial Number: G6TF81HN0D85
Asset ID: 24-FBI-000374

    8.    Garmay Digital Voice Recorder, 16GB, model TF32
Serial Number: None
Asset ID: 24-FBI-000374

    9.    Dell XPS Laptop EX
Serial Number: 16611474099
Asset ID: 24-FBI-000374

    10.    Dell Precision Laptop EX
Serial Number: 6263309523
Asset ID: 24-FBI-000374

    11.    Inspirion Laptop EX
            Serial Number: 7021747639
            Asset ID: 24-FBI-000374

    12.    Apple iPhone 13
            Serial Number: M4MV5XK079
            Asset ID: 24-FBI-000374

    13.    Apple iPhone 12
            Serial Number: DNPDX2WT0D80
            Asset ID: 24-FBI-000374

<u>SUBSTITUTE ASSETS</u>:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant --

    A.    Cannot be located upon the exercise of due diligence;
    B.    Has been transferred or sold to, or deposited with, a third person;
    C.    Has been placed beyond the jurisdiction of the court;
    D.    Has been substantially diminished in value; or
    E.    Has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendant up to the value of the forfeitable property;

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A __True__ Bill

__Redacted__
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
William J. Watkins, Jr. (Fed. ID # 07863)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:  864-282-2100
Fax:  864-233-3158
Email: bill.watkins@usdoj.gov