RECORD OF GRAND JURY BALLOT

C/R  6:23-901

UNITED STATES OF AMERICA v. MICHAEL J. FRENCH

(SEALED UNTIL FURTHER ORDER OF THE COURT)